IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SHERVIN SINGLETON,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-1323

Opinion filed July 16, 2014.

An appeal from the Circuit Court for Leon County.
William L. Gary, Judge.

Michael J. Titus, Assistant Regional Conflict Counsel, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Office of the Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

WOLF, PADOVANO, and RAY, JJ., CONCUR.